709 A.2d 202

IN THE MATTER OF MARSHALL F. MASSA,
AN ATTORNEY AT LAW.

May 21, 1998.

### ORDER

The Office of Attorney Ethics having filed a petition with the Court seeking the immediate temporary suspension of MAR-

SHALL F. MASSA of PEQUANNOCK, who was admitted to the bar of this State in 1975, for failure to cooperate in an ethics investigation as required by *Rule* 1:20–3(g)(3), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–3(g)(4), **MAR-SHALL F. MASSA** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MARSHALL F. MASSA** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **MARSHALL F. MAS-SA**, pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown; and it is further

ORDERED that **MARSHALL F. MASSA** comply with *Rule* 1:20–20 dealing with suspended attorneys.